UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| KAROL SHADOWVINE BOGLE,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　Defendant. | Civil No. 3:20-CV-05113-RSM<br><br><br>ORDER |

　　Based on Defendant's Motion, it is hereby ORDERED that the Responsive Due Date shall be amended as follows:

　　Defendant shall have up to and including August 14, 2020, to file a Response to Plaintiff's Complaint.

　　DATED this __20th__ day of __July__ 2020.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Page 1　　ORDER - [3:20-CV-05113-RSM]

Presented by:

s/ Franco L. Becia
FRANCO L. BECIA
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-2114
Fax:  (206) 615-2531
franco.l.becia@ssa.gov